FILE COPY

No. 07-14-00370-CR

| | | |
|---|---|---|
| Zavier Allen<br>  Appellant | § | From the 364th District Court<br>  of Lubbock County |
| | § | |
| v. | | April 2, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Chief Justice Quinn |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated April 2, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o